

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00029-CV
_____

MARK C. BOULDIN, Appellant

V.

UMB BANK, N.A., AS TRUSTEE, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 21-5447-431

Before Wallach, J.; Sudderth, C.J.; and Walker, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Opposed Motion to Dismiss Appeal and Extend Time to File Appellant's Brief." Previously, on May 5, 2022, we granted the part of appellant's motion requesting an extension of time to file appellant's brief. We now grant the part of appellant's motion requesting dismissal of the appeal, and, accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: May 19, 2022